1
2
3              UNITED STATES DISTRICT COURT
4                    DISTRICT OF NEVADA
5                           * * *
6    DUSTIN MICHAEL JOSEPH,                Case No. 3:22-cv-00177-MMD-CSD
7                            Plaintiff,              ORDER
8         v.
9    PHILLIPS, *et al.*,
10                         Defendants.

11         *Pro se* Plaintiff Dustin Michael Joseph, who is a pretrial detainee in the custody of

12   the Washoe County Detention Facility, brings this action under 42 U.S.C. § 1983. Before

13   the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge

14   Craig S. Denney (ECF No. 33), recommending that the Court grant Defendants' motion

15   for summary judgment (ECF No. 26). Joseph had until November 1, 2023, to file an

16   objection. To date, no objection to the R&R has been filed. For this reason, and as

17   explained below, the Court adopts the R&R in full and grants summary judgment in

18   Defendants' favor.

19         Because there is no objection, the Court need not conduct de novo review and is

20   satisfied Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d

21   1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

22   recommendations is required if, but *only* if, one or both parties file objections to the

23   findings and recommendations.") (emphasis in original). Here, Judge Denney

24   recommends finding Defendants are entitled to qualified immunity. (ECF No. 33 at 10-

25   11.) Having reviewed the R&R and the record in this case, the Court will adopt the R&R

26   in full.

27         It is therefore ordered that Judge Denney's Report and Recommendation (ECF

28   No. 33) is accepted and adopted in full.

1       It is further ordered that Defendants' motion for summary judgment (ECF No. 26)

2 is granted.

3       The Clerk of Court is directed to enter judgment accordingly and close this case.

4       DATED THIS 15th Day of November 2023.

                                      _____

                                        MIRANDA M. DU
                                        CHIEF UNITED STATES DISTRICT JUDGE