AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DUSTIN MICHAEL JOSEPH,

                                        JUDGMENT

                  Plaintiff,

v.                                 Case Number:  3:22-cv-00177-MMD-CSD

 PHILLIPS, *et al.*,

                  Defendants.

\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 26) is **granted**

      **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

*CLERK OF COURT*

Date: _____   November 15, 2023

_____
*Signature of Clerk or Deputy Clerk*